## COHEN, WEISS AND SIMON LLP
### COUNSELLORS AT LAW

330 WEST 42ND STREET

NEW YORK, N.Y. 10036-6976

(212) 563-4100

TELECOPIER (212) 695-5436

WRITER'S DIRECT DIAL
212-356-0218

SAMUEL J. COHEN (1908-1991)
HENRY WEISS (1910-2004)

BRUCE H. SIMON
ROBERT S. SAVELSON
STEPHEN B. MOLDOF
MICHAEL E. ABRAM
KEITH E. SECULAR
PETER HERMAN
RICHARD M. SELTZER
JAMES L. LINSEY*
JANI K. RACHELSON
BABETTE CECCOTTI*
SUSAN DAVIS*
MICHAEL L. WINSTON
THOMAS N. CIANTRA
JOSEPH J. VITALE*
PETER D. DECHIARA
LISA M. GOMEZ*
BRUCE S. LEVINE
JAMES R. GRISI*
ELIZABETH O'LEARY

COUNSEL
STANLEY M. BERMAN
MANLIO DIPRETA

EYAD ASAD
ROBIN H. GISE
TRAVIS M. MASTRODDI
ORIANA VIGLIOTTI
DAVID R. HOCK*
AVI BERNSTEIN*
ZACHARY N. LEEDS
MOLLY BROOKS
SUZANNE E. D'AMATO**
BRIAN G. NOONAN***

NEW JERSEY OFFICE
206 CLAREMONT AVENUE
MONTCLAIR, N.J. 07042
(973) 509-0011
* ALSO ADMITTED IN NJ
** ADMITTED IN CT ONLY
*** ADMITTED IN VA ONLY

June 16, 2006

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 23 2006 ★
**BROOKLYN OFFICE**

<u>By Electronic Case Filing</u>

Magistrate Judge Joan M. Azrack
United States Magistrate Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   <u>Finkel v. C.E.C Elevator Cab Corp.</u>, 06-CV-766 (JG)(JMA)

Dear Magistrate Judge Azrack:

This firm represents Dr. Gerald Finkel, as Chairman of the Joint Industry Board of the Electrical Industry, plaintiff in the above-referenced matter. I write to request that the conference scheduled for June 20, 2006 be cancelled. Today, plaintiff has filed a motion for default judgment as defendant has not answered or otherwise responded to the Complaint.

Should any additional information be required, please do not hesitate to contact the undersigned. Thank you for your consideration.

*Application Granted*

s/Joan M. Azrack

Respectfully submitted,

/s/ Eyad Asad
Eyad Asad

EIA:gtk

cc:   C.E.C Elevator Cab Co. *(by facsimile)*   6-16-06

00092342.DOC.1