# COHEN, WEISS AND SIMON LLP
## COUNSELLORS AT LAW

330 WEST 42ND STREET
NEW YORK, N.Y. 10036-6976

(212) 563-4100
TELECOPIER (212) 695-5436

WRITER'S DIRECT DIAL
212-356-0218

SAMUEL J. COHEN (1908-1991)
HENRY WEISS (1910-2004)

BRUCE H. SIMON
ROBERT S. SAVELSON
STEPHEN B. MOLDOF
MICHAEL E. ABRAM
KEITH E. SECULAR
PETER HERMAN
RICHARD M. SELTZER
JAMES L. LINSEY*
JANI K. RACHELSON
BABETTE CECCOTTI*
SUSAN DAVIS*
MICHAEL L. WINSTON
THOMAS N. CIANTRA
JOSEPH J. VITALE*
PETER D. DECHIARA
LISA M. GOMEZ*
BRUCE S. LEVINE
JAMES R. GRISI*
ELIZABETH O'LEARY

COUNSEL
STANLEY M. BERMAN
MANLIO DIPRETA

EYAD ASAD
ROBIN H. GISE
TRAVIS M. MASTRODDI
ORIANA VIGLIOTTI
DAVID R. HOCK*
AVI BERNSTEIN*
ZACHARY N. LEEDS
MOLLY BROOKS
SUZANNE E. D'AMATO**
BRIAN G. NOONAN***

NEW JERSEY OFFICE
206 CLAREMONT AVENUE
MONTCLAIR, N.J. 07042
(973) 509-0011

* ALSO ADMITTED IN NJ
** ADMITTED IN CT ONLY
*** ADMITTED IN VA ONLY

August 31, 2006

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 7 2006 ★

BROOKLYN OFFICE

By Electronic Case Filing

The Honorable Joan M. Azrack
United States Magistrate Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   Finkel v. C.E.C. Elevator Cab Corp., Case No. 06-CV-766 (JG)(JMA)

Dear Judge Azrack:

This firm represents plaintiff in above-referenced matter. I write to respectfully request that the September 8, 2006 deadline to submit documentation in support of plaintiff's inquest, scheduled pursuant to the Court's August 7, 2006 Order, be extended by 45 days.

Defendant failed to answer or otherwise respond to the complaint and a motion for default judgment was filed on June 16, 2006. The Clerk entered default on June 23, 2006. Subsequently, defendant paid a substantial portion of amounts due. Plaintiff expects that a settlement can be reached regarding the remaining amounts owed.

Accordingly, we respectfully request the Court allow plaintiff forty-five (45) days to file either a notice of dismissal or the documentation requested by the Court for the inquest. Should any additional information be required, please contact the undersigned.

*Application Granted*

s/Joan M. Azrack

9-1-06

Respectfully submitted,

/s/ Eyad Asad
Eyad Asad (EA 5009)

EIA:mer
cc:   C.E.C. Elevator Cab Corp.

00095451.DOC.1